IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Applebee's Neighborhood Grill and Bar, | ) ) | Case No.  1:10-cv-048 |
| Defendants. | ) | |

Before the court is a motion for attorney Camille A. Monahan to appear *pro hac vice* on the EEOC's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Camille A. Monahan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.   Accordingly, the motion (Docket No. 9) is **GRANTED**.  Attorney Camille A. Monahan is admitted to practice before this court in the above-entitled action on behalf of the EEOC.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge