# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Apple Core Enterprises, Inc., and Food Management Investors, Inc. d/b/a Applebee's Neighborhood Grill & Bar, | ) ) ) ) | Case No. 1:10-cv-048 |
| Defendants. | ) | |

_____

The parties, in accordance with the court's order of August 26, 2010, contacted the court to request its assistance in revolving a discovery dispute. The court subsequently held a status conference with the parties by telephone on April 6, 2011. Pursuant to its discussion with the parties, the court shall defer consideration of plaintiff's pending Motion for Partial Summary Judgment and the parties' discovery dispute until after the settlement conference scheduled for April 21 and 22, 2011.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2011.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>*/s/ Charles S. Miller, Jr.*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>Charles S. Miller, Jr.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>United States Magistrate Judge